UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| PERSHEEN DEJANIERO WILLIAMS, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CV414-153 |
| OFFICER RAYMOND HADLENWANG and OFFICER MICHAEL FORAN, | ) ) ) ) | |
| Defendants. | ) | |

## REPORT AND RECOMMENDATION

This Court gave inmate-plaintiff Persheen Dejaniero Williams until November 11, 2014 to comply with its second-chance Order directing him to amend his complaint or face dismissal. Doc. 6 at 5-7. The Court also warned him that his failure to comply will result in a recommendation of dismissal. *Id.* at 6. That Order has since been returned as "undeliverable." Doc. 7. Per Local Rule 11.1, it was plaintiff's continuing duty to keep the Court apprised of his current address.

Without it, the Court cannot move this case forward or even communicate with him.

A court has the power to prune from its docket those cases that amount to no more than mere deadwood. Accordingly, plaintiff's complaint should be **DISMISSED** without prejudice for his failure to prosecute this action. L.R. 41(b); *see Link v. Wabash Railroad Co.*, 370 U.S. 626, 630–31 (1962) (courts have the inherent authority to dismiss claims for lack of prosecution); *Mingo v. Sugar Cane Growers Co-op*, 864 F.2d 101, 102 (11th Cir. 1989); *Jones v. Graham*, 709 F.2d 1457, 1458 (11th Cir. 1983).

**SO REPORTED AND RECOMMENDED**, this 29th day of October, 2014.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA