UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| PERSHEEN DEJANIERO WILLIAMS, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. CV414-153<br>) |
| OFFICER RAYMOND HADLENWANG and OFFICER MICHAEL FORAN, | )<br>)<br>)<br>) |
| Defendants. | ) |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this __5__ day of __December__, 2014.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA