# United States District Court
## *Southern District of Georgia*

Persheen Dejaniero Williams

### JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER: CV414-153

Officer Raymond Haldenwang et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that in accordance with this Court's Order dated December 8, 2014, adopting the Report and

Recommendation of the Magistrate Judge as the opinion of this Court; dismissing this case without

prejudice. This action stands closed.



| | |
|---|---|
| December 8, 2014 | Scott L. Poff |
| *Date* | *Clerk* |
| | |
| | *(By) Deputy Clerk* |